# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130730

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NORMA KAKISH and RAJAIE KAKISH,
      Plaintiffs-Appellants,

v

SC: 130730
COA: 260963
Ingham CC: 04-000809-NI

DOMINION OF CANADA GENERAL
INSURANCE COMPANY,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 29, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of the issues whether the Ingham Circuit Court could exercise ancillary jurisdiction over plaintiffs' claim for uninsured/unidentified motorist benefits and whether the applicable insurance contract required plaintiffs to bring any lawsuit in an Ontario court.

      CAVANAGH, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

p0724